# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Allison Buelterman, Mother and Next Friend on Behalf of Kaylee B., | : |
| | : CASE NO. 1:12-cv-00690 |
| | : Judge Sandra S. Beckwith |
| Plaintiff, | : Magistrate Judge Stephanie K. Bowman |
| | : |
| v. | : |
| | : |
| Michael B. Colbert, individually and in his official capacity as Director of the Ohio Department of Job and Family Services, | : |
| | : |
| Defendant. | : |

## AGREED ENTRY TO EXTEND TIME

By agreement of the parties, Defendant Michael B. Colbert, Director of the Ohio Department of Job and Family Services, has until November 28, 2012 to file a responsive pleading to the Plaintiff's Complaint. Neither party has sought prior stipulated extensions pursuant to S.D. R. Civ. P. 6.1.

*/s/ Stephanie K. Bowman*

Approved:

*Katherine Gallagher /ath per telephone approval*
Katherine Gallagher (0073310)
Broehl Law Office
105 West Pine Street
Wooster, Ohio 44691
(303) 264-9897, Ext. 203
(303) 263-0406 Fax
katherine@broehllawoffice.com

*Anne Light Hoke*
Anne Light Hoke (0039204)
Assistant Attorney General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3400
(614) 466-8600; (614) 466-6090 Fax
anne.hoke@ohioattorneygeneral.gov

Attorney for Defendant, Michael B. Colbert, Director of the Ohio Department of Job and Family Services

*Lewis Golinker* / a/h per email / authorization
Lewis Golinker
401 East State Street, Suite 300
Ithaca, NY 14850
(604) 227-7286
Fax: 604-277-5239
Email: lewis.golinker@aacfundinghelp.com

Attorneys for Plaintiff
Kaylee B., a child by her mother
and next friend, Allison Buelterman